**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

June 8, 2026

Mark Lomax #51198037
FCI Butner, Medium
P.O. Box 1500
Butner, NC 27509

Re: USA v. Mark Lomax
1:10−cr−00145−SAG

Dear Mark Lomax:

The Court has received and docketed your motion seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), as modified by the First Step Act of 2018. Please be advised that the Office of the Federal Public Defender for the District of Maryland will review your case to determine if it will represent you on a motion for compassionate release. This means that if the Federal Public Defender for this District determines that you are eligible for compassionate release, they will secure any supporting documentation, including any necessary transcripts, needed to supplement the motion you have filed with the Court, and you will not have to pay the costs associated with any court documents or filings.

To assist the Office of the Federal Public Defender and the Court in evaluating your Motion for Compassionate Release, please file a request for compassionate release with the warden of your institution as contemplated by 18 U.S.C. § 3582(c)(1)(A) and then file an administrative appeal if the warden denies your request. Please send to the Office of the Federal Public Defender a copy of your request to the warden and any administrative appeal you file. If you are pursuing compassionate release based on a health condition, please mail copies of relevant medical records to the Office of the Federal Public Defender as well. Please address your envelope:

Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
ATTN: Compassionate Release Attorneys

Sincerely,

/s/
Catherine M. Stavlas, Clerk

By: Denise Skinner, Deputy Clerk

enclosures

---